JUDGE SWAIN

08 CV 4281

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHP MASTER FUND, LTD., : | Civil Action No._____ |
| Plaintiff, : | |
| vs. : | |
| CELL THERAPEUTICS, INC., JOHN H. :  |
| BAUER, JAMES A. BIANCO, LOUIS A. : | |
| BIANCO, VARTAN GREGORIAN, : | |
| RICHARD L. LOVE, MARY O'NEIL : | |
| MUNDINGER, PHILLIP M. NUDELMAN, : | |
| JACK W. SINGER, and FREDERICK W. : | |
| TELLING, : | |
| Defendants. : | |

**Rule 7.1 Disclosure Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for RHP Master Fund, LTD. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

      Answer:    N/A. There is no such corporation.

DATED: May 5, 2008

_____
Charles L. Rombeau (CR 2186)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
rombeauc@ballardspahr.com
(215) 864-8319

Attorney for Plaintiff RHP Master Fund, Ltd.