UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHP MASTER FUND, LTD., :
:
        Plaintiff, :
:
v. :
: CIVIL ACTION NO. 08-CV-4281
CELL THERAPEUTICS, INC., :
JOHN H. BAUER, JAMES A. BIANCO, :
LOUIS A. BIANCO, VARTAN GREGORIAN, :
RICHARD L. LOVE, MARY O'NEIL :
MUNDINGER, PHILLIP M. NUDELMAN, :
JACK W. SINGER, and FREDERICK W. :
TELLING, :
:
        Defendants. :

## JOINT STIPULATION AND WAIVER OF SERVICE

It is hereby stipulated and agreed by and between counsel for Plaintiff, RHP Master Fund, Ltd. and counsel for Defendants, Cell Therapeutics, Inc., John H. Bauer, James A. Bianco, Louis A. Bianco, Vartan Gregorian, Richard L. Love, Mary O'Neill Mundinger, Phillip M. Nudelman, Jack W. Singer, and Frederick W. Telling, that service is waived and deemed to be effectuated as if a summons and complaint had been served on all Defendants as of June 2, 2008, and that Defendants shall move, answer or otherwise respond to Plaintiff's Complaint by July 17, 2008. Defendants' acceptance of service of process through their counsel shall be without prejudice to, and shall not be deemed a waiver by, Defendants as to any defense or objection to the lawsuit or to the jurisdiction or venue of the court except for a defense contesting the sufficiency of service of process on their counsel.

Dated: June 3, 2008

_____  
Eric M. Creizman (EC 7684)  
HELLER EHRMAN LLP  
Times Square Tower, 7 Times Square  
New York, NY 10036-6524  
eric.creizman@hellerehrman.com  
(212) 847-8614  

*Attorneys for Defendants*

_____  
Charles Rombeau (CR 2186)  
BALLARD SPAHR ANDREWS & INGERSOLL, LLP  
1735 Market Street, 51st Floor  
Philadelphia, PA 19103  
rombeauc@ballardspahr.com  
(215) 864-8319  

*Attorneys for Plaintiff RHP Master Fund, Ltd.*

OF COUNSEL:

Joel E. Tasca (PA ID No. 81363)  
Benjamin M. Schmidt (PA ID No. 205096)  
BALLARD SPAHR ANDREWS & INGERSOLL, LLP  
1735 Market Street, 51st Floor  
Philadelphia, PA 19103  
tasca@ballardspahr.com  
schmidtb@ballardspahr.com  
(215) 864-8188/8136  

*Attorneys for Plaintiff RHP Master Fund, Ltd.*