UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 5 2008

|  |  |
|---|---|
| RHP MASTER FUND, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CELL THERAPEUTICS, INC., JOHN H. BAUER, JAMES A. BIANCO, LOUIS A. BIANCO, VARTAN GREGORIAN, RICHARD L. LOVE, MARY O'NEIL MUNDINGER, PHILLIP M. NUDELMAN, JACK W. SINGER, and FREDERICK W. TELLING, <br><br> Defendants. | CIVIL ACTION NO. 08-CV-4281 |

+ ORDER

## JOINT STIPULATION AND WAIVER OF SERVICE

It is hereby stipulated and agreed by and between counsel for Plaintiff, RHP Master Fund, Ltd. and counsel for Defendants, Cell Therapeutics, Inc., John H. Bauer, James A. Bianco, Louis A. Bianco, Vartan Gregorian, Richard L. Love, Mary O'Neill Mundinger, Phillip M. Nudelman, Jack W. Singer, and Frederick W. Telling, that service is waived and deemed to be effectuated as if a summons and complaint had been served on all Defendants as of June 2, 2008, and that Defendants shall move, answer or otherwise respond to Plaintiff's Complaint by July 17, 2008. Defendants' acceptance of service of process through their counsel shall be without prejudice to, and shall not be deemed a waiver by, Defendants as to any defense or objection to the lawsuit or to the jurisdiction or venue of the court except for a defense contesting the sufficiency of service of process on their counsel.

DMEAST #10049439 v1

Dated: June 3, 2008

_____
Eric M. Creizman (EC 7684)
HELLER EHRMAN LLP
Times Square Tower, 7 Times Square
New York, NY 10036-6524
eric.creizman@hellerehrman.com
(212) 847-8614

*Attorneys for Defendants*

_____
Charles Rombeau (CR 2186)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
rombeauc@ballardspahr.com
(215) 864-8319

*Attorneys for Plaintiff RHP Master Fund, Ltd.*

OF COUNSEL:

Joel E. Tasca (PA ID No. 81363)
Benjamin M. Schmidt (PA ID No. 205096)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
tasca@ballardspahr.com
schmidtb@ballardspahr.com
(215) 864-8188/8136

*Attorneys for Plaintiff RHP Master Fund, Ltd.*

SO ORDERED.

NY, NY
6/4/08

LAURA TAYLOR SWAIN

DMEAST #10049439 v1                                    2