UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHP MASTER FUND, LTD.,

      Plaintiff,

v.

CELL THERAPEUTICS, INC.,
JOHN H. BAUER, JAMES A. BIANCO,
LOUIS A. BIANCO, VARTAN GREGORIAN,
RICHARD L. LOVE, MARY O'NEIL
MUNDINGER, PHILLIP M. NUDELMAN,
JACK W. SINGER, and FREDERICK W.
TELLING,

      Defendants.

CIVIL ACTION NO. 08-CV-4281

## PLAINTIFF RHP MASTER FUND, LTD.'S
## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Charles Rombeau, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Joel E. Tasca, Esquire
> BALLARD SPAHR ANDREWS & INGERSOLL, LLP
> 1735 Market Street, 51st Floor
> Philadelphia, Pennsylvania 19103-7599
> Phone: (215) 864-8188
> Fax: (215) 864-9795

Joel E. Tasca is a member in good standing of the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against Joel E. Tasca in any State or Federal court.

Date: June 4, 2008

                                                                               _____
Charles L. Rombeau (CR 2186)
NY Attorney I.D. No.: 4326500
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: (215) 864 8319
Fax: (215) 864-9807

DMEAST #10042928 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHP MASTER FUND, LTD., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : CIVIL ACTION NO. 08-CV-4281 <br> CELL THERAPEUTICS, INC., : <br> JOHN H. BAUER, JAMES A. BIANCO, : <br> LOUIS A. BIANCO, VARTAN GREGORIAN, : <br> RICHARD L. LOVE, MARY O'NEIL : <br> MUNDINGER, PHILLIP M. NUDELMAN, : <br> JACK W. SINGER, and FREDERICK W. : <br> TELLING, : <br> : <br> Defendants. : | |

**AFFIDAVIT OF CHARLES L. ROMBEAU
IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

COMMONWEALTH OF PENNSYLVANIA    )
                                )  ss:
COUNTY OF PHILADELPHIA           )

Charles L. Rombeau, being duly sworn, hereby deposes and says:

1. I am an attorney at Ballard Spahr Andrews & Ingersoll, LLP and counsel for Plaintiff, RHP Master Fund Ltd., in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Joel E. Tasca as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and the Commonwealth of Pennsylvania, and I was admitted to practice law in New York in 2005 and in Pennsylvania in 2007. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. I have known Joel E. Tasca since October 2006.

4. Joel E. Tasca, a Partner at Ballard Spahr Andrews & Ingersoll, LLP, in Philadelphia, Pennsylvania, is a qualified member in good standing of the bar of the Commonwealth of Pennsylvania. *See* Certificate of Good Standing of Joel Edward Tasca, Esq. issued by the Chief Clerk of the Supreme Court of Pennsylvania and dated May 20, 2008, which is attached hereto as Exhibit A.

5. I have found Joel E. Tasca to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Joel E. Tasca, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Joel E. Tasca, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Joel E. Tasca, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Date: June 4, 2008
Philadelphia, Pennsylvania

_____
Charles L. Rombeau (CR 2186)

Sworn to and subscribed to before
me this 4th day of June, 2008

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOANNE P. MASSARO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 9, 2009

DMEAST #10042928 v1                                2

# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Joel Edward Tasca, Esq.*

DATE OF ADMISSION

*February 20, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 20, 2008

_____
Patricia A. Johnson
Chief Clerk

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RHP MASTER FUND, LTD.,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **CELL THERAPEUTICS, INC.,** : <br> **JOHN H. BAUER, JAMES A. BIANCO,** : <br> **LOUIS A. BIANCO, VARTAN GREGORIAN,** : <br> **RICHARD L. LOVE, MARY O'NEIL** : <br> **MUNDINGER, PHILLIP M. NUDELMAN,** : <br> **JACK W. SINGER, and FREDERICK W.** : <br> **TELLING,** : <br> : <br> **Defendants.** : | **CIVIL ACTION NO. 08-CV-4281** |

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Charles Rombeau, attorney for Plaintiff, RHP Master Fund, Ltd, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Joel E. Tasca, Esquire
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599
Phone: (215) 864-8188
Fax: (215) 864-9795

is admitted to practice *pro hac vice* as counsel for Plaintiff, RHP Master Fund, Ltd. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Date: _____, ___, 2008
New York, New York

                                                                                                              J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2008, a true and correct copy of the foregoing Plaintiff RHP Master Fund, Ltd.'s Motion to Admit Counsel *pro hac vice* was served via postage-prepaid, first class U.S. Mail, upon:

> Eric M. Creizman, Esquire
> HELLER EHRMAN LLP
> Times Square Tower
> 7 Times Square
> New York, NY  10036-6524
> *Attorneys for Defendants*

Date:  June 4, 2008

_____
Charles L. Rombeau, Esquire