IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHP MASTER FUND, LTD., : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. 08-CV-4281 |
| CELL THERAPEUTICS, INC., : JOHN H. BAUER, JAMES A. BIANCO, : LOUIS A. BIANCO, VARTAN GREGORIAN, : RICHARD L. LOVE, MARY O'NEIL : MUNDINGER, PHILLIP M. NUDELMAN, : JACK W. SINGER, and FREDERICK W. : TELLING, : | |
| Defendants. : | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#
FILED: JUN 1 1 2008

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Charles Rombeau, attorney for Plaintiff, RHP Master Fund, Ltd, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Joel E. Tasca, Esquire
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599
Phone: (215) 864-8188
Fax: (215) 864-9795

is admitted to practice *pro hac vice* as counsel for Plaintiff, RHP Master Fund, Ltd. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

DMEAST #10042928 v1

2

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Date: June , 10, 2008
New York, New York

_____
J.