IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RHP MASTER FUND, LTD.,** : | |
| Plaintiff, : | |
| v. : | **CIVIL ACTION NO. 08-CV-4281** |
| **CELL THERAPEUTICS, INC.,** : | |
| **JOHN H. BAUER, JAMES A. BIANCO,** : | |
| **LOUIS A. BIANCO, VARTAN GREGORIAN,** : | |
| **RICHARD L. LOVE, MARY O'NEIL** : | |
| **MUNDINGER, PHILLIP M. NUDELMAN,** : | |
| **JACK W. SINGER, and FREDERICK W.** : | |
| **TELLING,** : | |
| Defendants. : | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 0 2008

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Charles Rombeau, attorney for Plaintiff, RHP Master Fund, Ltd, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Benjamin M. Schmidt, Esquire
> BALLARD SPAHR ANDREWS & INGERSOLL, LLP
> 1735 Market Street, 51st Floor
> Philadelphia, Pennsylvania 19103-7599
> schmidtb@ballardspahr.com
> Phone: (215) 864-8136
> Fax: (215) 864-9956

is admitted to practice *pro hac vice* as counsel for Plaintiff, RHP Master Fund, Ltd. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Date: June, 19, 2008
New York, New York

_____
JUDGE