UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               )
RHP MASTER FUND, LTD.,                                         )
                                  Plaintiff,                   )
                                                               )
     -against-                                                 ) ECF CASE
                                                               )
CELL THERAPEUTICS, INC.,                                       ) Civil Action No. 08-CV-4281 (LTS)
JOHN H. BAUER, JAMES A. BIANCO,                                )
LOUIS A. BIANCO, VARTAN GREGORIAN,                             ) **NOTICE OF APPEARANCE**
RICHARD L. LOVE, MARY O'NEIL                                   )
MUNDINGER, PHILLIP M. NUDELMAN, JACK                           )
W. SINGER, and FREDERICK W. TELLING,                           )
                                                               )
                                  Defendants.                  )
                                                               )
---------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

> PLEASE TAKE NOTICE that Eric M. Creizman, a member of good standing in this Court, hereby appears on behalf of all Defendants in the above-captioned action, and demands that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the address stated below.

Dated: July 16, 2008
New York, New York

                HELLER EHRMAN LLP

                By:   /s/ Eric M. Creizman
                      Eric Creizman (EC-7684)

                    Times Square Tower
                    7 Times Square
                    New York, New York 10036
                    Telephone:   (212) 847-8614
                    Facsimile:   (212) 763-7600
                    E-Mail: Eric.Creizman@hellerehrman.com

                    *Attorneys for Defendants*