UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
)
RHP MASTER FUND, LTD.,                              )
                                  Plaintiff,      )
)
   -against-                                       )  ECF CASE
)
CELL THERAPEUTICS, INC.,                         )  Civil Action No. 08-CV-4281 (LTS)
JOHN H. BAUER, JAMES A. BIANCO,          )
LOUIS A. BIANCO, VARTAN GREGORIAN, )  **RULE 7.1 DISCLOSURE STATEMENT**
RICHARD L. LOVE, MARY O'NEIL               )
MUNDINGER, PHILLIP M. NUDELMAN, JACK )
W. SINGER, and FREDERICK W. TELLING,  )
)
                               Defendants.    )
)
-----------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cell Therapeutics, Inc., by and through its attorneys, states that it has no parent corporation and there is no publicly-held corporation that holds 10% or more of its stock.

Dated: July 16, 2008         HELLER EHRMAN LLP
       New York, New York

                                      By: /s/      Eric M. Creizman
                                           Eric M. Creizman (EC 7684)

                                    Times Square Tower
                                    7 Times Square
                                    New York, New York  10036
                                    (212) 832-8300

                                       Daniel J. Dunne (WSBA No. 16999)*
                                       Joshua B. Selig (JS-1271)

                                    701 Fifth Avenue, Suite 6100
                                    Seattle, WA 98104
                                    (206) 447-0900

                                    Attorneys for Defendant, Cell Therapeutics, Inc.

                                    * *Pro hac vice* admission application pending