UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHP MASTER FUND, LTD.,

      **Plaintiff,**

v.

CELL THERAPEUTICS, INC.,
JOHN H. BAUER, JAMES A. BIANCO,
LOUIS A. BIANCO, VARTAN GREGORIAN,
RICHARD L. LOVE, MARY O'NEIL
MUNDINGER, PHILLIP M. NUDELMAN,
JACK W. SINGER, and FREDERICK W.
TELLING,

      **Defendant.**



ECF CASE

Civil Action No.: 08-CV-4281 (LTS)

ORDER ADMITTING DANIEL J.
DUNNE *PRO HAC VICE*

  Upon the motion of Eric M. Creizman, attorney for Defendants, and said sponsor attorney's declaration in support,

  **IT IS HEREBY ORDERED** that

  Daniel J. Dunne, Esq.
  Heller Ehrman LLP
  701 Fifth Avenue, Suite 6100
  Seattle, Washington  98104-7098
  Phone:  (206) 447-0900
  Fax:  (206) 447-0849
  E-Mail:  Daniel.Dunne@hellerehrman.com

is admitted to practice *pro hac vice* as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York.

  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Date: July [?], 2008  
New York, New York

_____  
Hon. Laura T. Swain