UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHP MASTER FUND, LTD., | : |
|                 Plaintiff, | : ECF CASE |
| v. | : Civil Action No.: 08-CV-4281 (LTS) |
| CELL THERAPEUTICS, INC., JOHN H. BAUER, JAMES A. BIANCO, LOUIS A. BIANCO, VARTAN GREGORIAN, RICHARD L. LOVE, MARY O'NEIL MUNDINGER, PHILLIP M. NUDELMAN, JACK W. SINGER, and FREDERICK W. TELLING, | : DEFENDANTS' MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
|                 Defendant. | : |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern districts of New York, I, Eric M. Creizman, a member in good standing of the Bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

    Daniel J. Dunne, Esq.
    Heller Ehrman LLP
    701 Fifth Avenue, Suite 6100
    Seattle, Washington 98104-7098
    Phone: (206) 447-0900
    Fax: (206) 447-0849
    E-Mail: Daniel.Dunne@hellerehrman.com

Daniel J. Dunne is a member in good standing of the Bar of the State of Washington.

There are no pending disciplinary proceedings against Mr. Dunne in any State or Federal court.

| | |
|---|---|
| Dated: July 16, 2008<br>New York, New York | Respectfully submitted,<br><br>_____<br>Eric M. Creizman (EC 7684)<br>Heller Ehrman, LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York  10036<br>Phone:  (212) 847-8614<br>Fax:  (212) 763-7600<br>E-Mail:  Eric.Creizman@hellerehrman.com |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHP MASTER FUND, LTD.,          X <br><br> Plaintiff, <br><br> v. <br><br> CELL THERAPEUTICS, INC., <br> JOHN H. BAUER, JAMES A. BIANCO, <br> LOUIS A. BIANCO, VARTAN GREGORIAN, <br> RICHARD L. LOVE, MARY O'NEIL <br> MUNDINGER, PHILLIP M. NUDELMAN, <br> JACK W. SINGER, and FREDERICK W. <br> TELLING, <br><br> Defendant.          X | ECF CASE <br><br> Civil Action No.: 08-CV-4281 (LTS) <br><br> DECLARATION OF ERIC M. CREIZMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

Eric M. Creizman declares as follows:

1. I am an attorney associated with the law firm of Heller Ehrman LLP, counsel for all Defendants in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Daniel J. Dunne as counsel *pro hac vice* to represent Defendants in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on May 22, 2000. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Daniel J. Dunne since 2006.

4. Mr. Dunne is a member of the law firm of Heller Ehrman LLP, in Seattle, Washington. He is admitted to the Bar of the State of Washington. A certificate of Mr. Dunne's good standing, issued within the last 30 days, is attached hereto as Exhibit A.

5. Mr. Dunne is familiar with the proceedings in this case. He is a skilled attorney and a person of integrity. He is experienced in federal practice, and is familiar with the Federal Rules of Procedure.

6. Accordingly, I respectfully move for the admission of Daniel J. Dunne, *pro hac vice*, and submit a proposed order granting his admission, *pro hac vice*, which is attached hereto as Exhibit B.

7. In accordance with 28 U.S.C. § 1746, under penalty of perjury, I declare the foregoing to be true and correct.

WHEREFORE, it is respectfully requested that this Court enter an order, pursuant to Local Civil Rule 1.3(c), admitting Daniel J. Dunne to the bar of this Court *pro hac vice* to represent the Defendants in the above captioned matter.

Dated: July 16, 2008
New York, New York

_____
Eric M. Creizman (EC 7684)

2

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 16999 |
| OF | ) | **CERTIFICATE OF GOOD** |
| DANIEL J. DUNNE JR. | ) | **STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

DANIEL J. DUNNE JR.

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 10, 1987, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 11th day of July, 2008.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHP MASTER FUND, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>CELL THERAPEUTICS, INC.,<br>JOHN H. BAUER, JAMES A. BIANCO,<br>LOUIS A. BIANCO, VARTAN GREGORIAN,<br>RICHARD L. LOVE, MARY O'NEIL<br>MUNDINGER, PHILLIP M. NUDELMAN,<br>JACK W. SINGER, and FREDERICK W.<br>TELLING,<br><br>Defendant. | ECF CASE<br><br>Civil Action No.: 08-CV-4281 (LTS)<br><br>ORDER ADMITTING DANIEL J.<br>DUNNE *PRO HAC VICE* |

Upon the motion of Eric M. Creizman, attorney for Defendants, and said sponsor attorney's declaration in support,

**IT IS HEREBY ORDERED** that

Daniel J. Dunne, Esq.
Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Phone: (206) 447-0900
Fax: (206) 447-0849
E-Mail: Daniel.Dunne@hellerehrman.com

is admitted to practice *pro hac vice* as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

2

nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.


Date: July ___, 2008
New York, New York

_____
Hon. Laura T. Swain

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2008, a true and correct copy of the foregoing Defendants' Motion to Admit Counsel *Pro Hac Vice* was served via postage-prepaid, first class mail upon:

>Charles L. Rombeau, Esq.
>Ballard Spahr Andrews & Ingersoll, LLP
>1735 Market Street, 51st Floor
>Philadelphia, Pennsylvania 19103
>*Attorneys for Plaintiff*

Dated: July 16, 2008
New York, New York

_____
Eric M. Creizman (EC-7684)