UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

RHP MASTER FUND, LTD.

    Plaintiff,

-v-                                        No. 08 Civ. 4281 (LTS)(HBP)

CELL THERAPEUTICS, INC., et al.,

    Defendants.

-------------------------------------------------------x



### ORDER[1]

In light of the Amended Complaint filed on July 31, 2008, the Individual Defendants' motion to dismiss the Complaint (docket entry no. 16) is DENIED as moot.

Dated: New York, New York
       August 11, 2008

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*