UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
)
RHP MASTER FUND, LTD., )
                      Plaintiff, ) ECF CASE
)
   -against- ) Civil Action No. 08-CV-4281 (LTS) (HBP)
)
CELL THERAPEUTICS, INC., )
JOHN H. BAUER, JAMES A. BIANCO, )
LOUIS A. BIANCO, VARTAN GREGORIAN, ) **STIPULATION AND** [PROPOSED]
RICHARD L. LOVE, MARY O'NEIL ) **ORDER SETTING BRIEFING**
MUNDINGER, PHILLIP M. NUDELMAN, JACK ) **SCHEDULE TO RESPOND TO**
W. SINGER, and FREDERICK W. TELLING, ) **AMENDED COMPLAINT AND**
) **ADJOURNING PRELIMINARY PRE-**
                      Defendants. ) **TRIAL STATEMENT AND PRE-**
) **TRIAL CONFERENCE UNTIL AFTER**
) **MOTIONS TO DISMISS HAVE BEEN**
) **DECIDED**
)
)
------------------------------------------------------------X

      WHEREAS, Plaintiff RHP Master Fund, Ltd. ("RHP") has commenced the above-captioned action;

      WHEREAS, Defendant Cell Therapeutics, Inc. ("CTI") filed an answer to RHP's initial complaint in the action, and individual defendants John H. Bauer, James A. Bianco, Louis A. Bianco, Vartan Gregorian, Richard L. Love, Mary O'Neil Mundinger, Phillip M. Nudelman, Jack W. Singer, and Frederick W. Telling (collectively the "Individual Defendants") filed a motion to dismiss that complaint;

      WHEREAS, Plaintiff RHP amended its complaint, and the deadline to respond or otherwise move with respect to the Amended Complaint is August 14, 2008, Plaintiff's deadline to file an opposition to any motion to dismiss is August 28, 2008, and Defendants' deadline to file a reply, if any, is September 4, 2008;

WHEREAS, the parties agree that in light of summer schedules and upcoming holidays, good cause exists for modifying the current schedule with respect to responses to or motions directed at the Amended Complaint;

WHEREAS, the Court's Initial Conference Order sets the date for parties to jointly submit a Preliminary Pre-Trial Statement as August 15, 2008, and the date for an Initial Pre-Trial Conference for August 22, 2008;

WHEREAS, some or all of the Defendants intend to move to dismiss the Amended Complaint, and the parties believe that the matters required to be set forth in the Preliminary Pre-Trial Statement will be more clearly defined after motions to dismiss the Amended Complaint have been decided;

NOW, THEREFORE, pursuant to Fed. R. Civ. P. 16(b)(4), IT IS HEREBY ORDERED that:

1. Defendants' deadline to move or otherwise respond to the Amended Complaint is extended to September 15, 2008.

2. Plaintiff's opposition is extended to October 14, 2008.

3. Defendants' reply, if any, is extended to October 27, 2008.

4. Counsel for the parties shall confer and shall prepare, execute and file with the Court the Preliminary Pre-Trial Statement, as described in the Court's Initial conference Order, on a date to be determined by the Court, after the Court has ruled on Defendants' motions to dismiss the Amended Complaint.

5. The Initial Pre-Trial Conference shall be held in the above-captioned matter after the parties have submitted the Preliminary Pre-Trial Statement on a date and time to be determined by the Court.

**SO STIPULATED**

Dated: August 13, 2008
New York, New York

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By: *Ben Schmidt*
    Joel E. Tasca (*admitted pro hac vice*)
    Benjamin M. Schmidt (*admitted pro hac vice*)

1735 Market Street
51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 864-8188
Facsimile: (215) 864-9956

*Attorneys for Plaintiff*
*RHP Master Fund, Ltd.*

HELLER EHRMAN, LLP

By: [signature]
    Eric M. Creizman (EC-7684)

Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 847-8614
Facsimile: (212) 703-8912

    Daniel J. Dunne (*admitted pro hac vice*)
    Joshua B. Selig (JS-1271)

701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 447-0900

*Attorneys for Defendants*
*Cell Therapeutics, Inc., John H. Bauer, James A. Bianco, Louis A. Bianco, Vartan Gregorian, Richard L. Love, Mary O'Neil Mundinger, Phillip M. Nudelman, Jack W. Singer, and Frederick W. Telling*

The parties are hereby reminded of the requirements of the undersigned's Individual Practices Rule 2.B, relating to motion practice.

**SO ORDERED.**

Dated: August 13, 2008

[signature]
Hon. Laura Taylor Swain
United States District Judge

3